U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

MAR 23 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JOYCE R. FORTNER | : | DOCKET NO. 06-0219 |
| VS. | : | JUDGE MINALDI |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

IT IS ORDERED that plaintiff's motion for attorney's fees [doc. # 16] is hereby GRANTED, and that fees are awarded in favor of plaintiff in the amount of $ 4,000.00.

IT IS FURTHER ORDERED that the attorney will be reimbursed $250.00 for court filing fees.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23 day of March ,2007.

PATRICIA MINALDI.
UNITED STATES DISTRICT JUDGE